R. R. ABER v. THE STATE.

No. 9946. Delivered March 3, 1926.

Rehearing denied April 7, 1926.

1.—Manufacturing Intoxicating Liquor—No Statement of Facts—No Bills of Exception.

No statement of facts nor bills of exception appearing in this record, and the indictment sufficiently charging an offense, the judgment is affirmed.

ON REHEARING.

2.—Same—Continued.

On rehearing, notwithstanding that our original opinion expressly stated that there was no statement of facts in the record, appellant insists

that the evidence does not support the verdict. Without the evidence before us the contention is futile, and the motion is overruled.

Appeal from the District Court of Carson County. Tried below before the Hon. W. R. Ewing, Judge.

Appeal from a conviction of manufacturing intoxicating liquor, penalty one year and a day in the penitentiary.

*Culwell & Culwell* of Amarillo, for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry Jr.,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for the unlawful manufacture of intoxicating liquor, with punishment fixed at confinement in the penitentiary for one year and a day.

The record is before us without statement of facts or bills of exception. The indictment charges an offense. No question is presented for review.

The judgment is affirmed.

*Affirmed.*

### ON MOTION FOR REHEARING.

HAWKINS, JUDGE.—Although the original opinion expressly states that no statement of facts is in the record, a motion for rehearing is filed in which the contention is made that the evidence does not support the verdict. Without the evidence before us the contention is futile. No reference is made in the motion to the condition of the record.

The motion is overruled.

*Overruled.*